UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIANA CRUZ O/B/O AET,

                Plaintiff,                    20 **CIVIL** 1045 (CS)(JCM)

      -against-                                **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                     Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated July 19, 2021, no objections to this Report and Recommendation (the "R&R") have been received, and accordingly the Court has reviewed it for clear error. Finding no error, clear or otherwise, the R&R is adopted as the decision of the Court. Plaintiff's motion for judgment on the pleadings is denied, and the Commissioner's cross-motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
          July 20, 2021

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
                      **BY:**    *K. Mango*

                                          **Deputy Clerk**